| 4th Avenue | Starting Balance | Jan 1-7, 2023 | Jan 8-14, 2023 | Jan 15-21, 2023 | Jan 22-28, 2023 | Jan 29- Feb 4, 2023 | Feb 5-11, 2023 | Feb 12-18, 2023 | Feb 19-25, 2023 | Feb 26- Mar 4, 2023 | Mar 5-11, 2023 | Mar 12-18, 2023 | Mar 19-25, 2023 | Mar 26- Apr 1, 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | | | | | | | | |
| **GROSS POTENTIAL RENT** | | $ 22,668 | | | | $ 25,868 | | | | $ 29,068 | | | | $ 32,268 |
| **EFFECTIVE RENTAL INCOME (COLLECTED INCOME)** | | $ 13,731 | $ 1,874 | $ 1,737 | $ 602 | $ 20,048 | $ 2,489 | $ 1,737 | $ 653 | $ 22,528 | $ 1,874 | $ 1,327 | $ 438 | $ 25,008 |
| **EXPENSES** | | | | | | | | | | | | | | |
| Repairs & Maintenance & Rehab | | $ 450 | $ 7,950 | $ 10,450 | $ 15,465 | $ 7,975 | $ 30,500 | $ 20,525 | $ 10,535 | $ 555 | $ 565 | $ 565 | $ 585 | $ 605 |
| Property Legal and Professional Fees | | | $ 335 | | | | | | | $ 335 | | | | $ 335 |
| Property Management (8% gross rents collected) | | | | $ 1,436 | | | | $ 1,994 | | | | $ 2,093 | | |
| General & Admin | | | | | $ 100 | | | | | $ 100 | | | $ 100 | |
| Marketing | | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 |
| Travel, Misc | | | | | | $ 250 | | | | $ 250 | | | | $ 250 |
| Landscaping | | $ 275 | $ 275 | $ 275 | $ 275 | $ 275 | $ 350 | $ 350 | $ 350 | $ 350 | $ 350 | $ 350 | $ 350 | $ 350 |
| Make-Ready | | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 260 | $ 275 | $ 275 | $ 275 | $ 275 | $ 300 | $ 300 | $ 300 |
| Utilities (Water, Sewer, Gas, Electric, Trash) | | | | $ 3,335 | | $ 885 | | | $ 4,705 | $ 875 | | $ 3,825 | | $ 940 |
| Insurance | | $ 2,200 | | | | $ 2,200 | | | | $ 2,200 | | | | |
| Property & Entity Taxes | | $ 300 | $ 10,120 | | | $ 300 | | | | $ 300 | | | | $ 300 |
| **OPERATING EXPENSES** | | $ 3,500 | $ 18,955 | $ 15,771 | $ 16,115 | $ 12,160 | $ 31,135 | $ 27,874 | $ 11,285 | $ 5,165 | $ 1,215 | $ 7,158 | $ 1,360 | $ 3,105 |
| **ECONOMIC NOI** | | $ 10,231 | $ (17,081) | $ (14,034) | $ (15,513) | $ 7,888 | $ (28,646) | $ (26,137) | $ (10,632) | $ 17,363 | $ 659 | $ (5,831) | $ (922) | $ 21,903 |
| Capital Reserves (5%) | | $ 687 | $ 94 | $ 87 | $ 30 | $ 1,002 | $ 124 | $ 87 | $ 33 | $ 1,126 | $ 94 | $ 66 | $ 22 | $ 1,250 |
| Asset Management (2.5% gross revenues) | | | | $ 449 | | | | $ 623 | | | | $ 654 | | |
| Restructuring Expenses | | $ 5,000 | | $ 17,000 | | $ 5,000 | | | | $ 5,000 | | | | $ 5,000 |
| **DEBT SERVICE** | | $ 14,168 | | | | $ 14,168 | | | | $ 14,168 | | | | $ 14,168 |
| **CASH FLOW** | | $ (9,623) | $ (17,175) | $ (31,569) | $ (15,543) | $ (12,282) | $ (28,770) | $ (26,847) | $ (10,665) | $ (2,931) | $ 565 | $ (6,552) | $ (944) | $ 1,485 |
| **CAPITAL BALANCE** | $ 195,000 | $ 186,063 | $ 168,982 | $ 137,500 | $ 121,987 | $ 110,707 | $ 82,061 | $ 55,301 | $ 44,669 | $ 42,864 | $ 43,523 | $ 37,037 | $ 36,115 | $ 38,850 |

**Ex. A**